Charleston, W. Va., in Bankruptcy. Murray Briggs, Henry S. Cato, and J. W. Kennedy, all of Charleston, W. Va., for petitioner. Payne, Minor & Bouchelle, of Charleston, W. Va., for respondents.

PER CURIAM. Petition to superintend and revise dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi) per agreement of counsel.

---

HINES et al. v. BOWERS. (Circuit Court of Appeals, Fifth Circuit. December 20, 1917.) No. 3115. In Error to the District Court of the United States for the Southern District of Mississippi; Henry C. Niles, Judge. J. H. Mize, of Gulfport, Miss., for plaintiffs in error. W. A. White, of Gulfport, Miss. (White & Ford, of Gulfport, Miss., on the brief), for defendant in error. Before WALKER and BATTS, Circuit Judges, and EVANS, District Judge.

PER CURIAM. No ruling complained of in this case involved the commission of reversible error. The questions raised are not deemed to be such as to call for discussion or comment. The judgment is affirmed.

---

HODGIN v. SOUTHERN RY. CO. (Circuit Court of Appeals, Fourth Circuit. October 31, 1916.) No. 1395. In Error to the District Court of the United States at Greensboro, N. C. King & Kimball and O. L. Sapp, all of Greensboro, N. C., for plaintiff in error. Wilson & Ferguson and Wm. P. Bynum, all of Greensboro, N. C., for defendant in error.

PER CURIAM. Writ of error dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi) per agreement of attorneys.

---

HODGIN v. SOUTHERN RY. CO. (Circuit Court of Appeals, Fourth Circuit. October 31, 1916.) No. 1396. Appeal from the District Court of the United States at Greensboro, N. C. King & Kimball and O. L. Sapp, all of Greensboro, N. C., for appellant. Wilson & Ferguson and Wm. P. Bynum, all of Greensboro, N. C., for appellee.

PER CURIAM. Appeal dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi) per agreement of counsel.

---

HOWARD v. CLINCHFIELD COAL CORP. (Circuit Court of Appeals, Fourth Circuit. October 10, 1917.) No. 1543. In Error to the District Court of the United States at Roanoke, Va. Wm. H. Werth, of Tazewell, Va., for plaintiff in error. Morison, Morison & Robertson, of Big Stone Gap, Va., for defendant in error.

PER CURIAM. Writ of error dismissed on motion of plaintiff in error.

---

LUMMUS COTTON GIN SALES CO. v. McBURNEY. (Circuit Court of Appeals, Fifth Circuit. November 12, 1917. Rehearing Denied December 15, 1917.) No. 3142. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Wendell Spence and James P. Haven, both of Dallas, Tex., for plaintiff in error. H. B. Seay and Walter F. Seay, both of Dallas, Tex., for defendant in error. Before WALKER, Circuit Judge, and FOSTER, District Judge.

FOSTER, District Judge. In this case the defendant in error sued at law to recover a preference alleged to have been given the plaintiff in error by the bankrupt through a confession of judgment and subsequent execution of same on certain seed cotton. The case was tried to a jury and resulted in a verdict for the trustee, defendant in error. Error is assigned that the verdict of the jury is contrary to the law and the evidence, but it does not appear that any request was made for the court to direct a verdict. The charge of the court is not in the record, nor does it appear that any exception was taken to the charge as given. Therefore the only errors assigned that may be noticed by this court run to the exclusion of two documents offered